Dismissed and Memorandum Opinion filed May 22, 2003









Dismissed and Memorandum Opinion filed May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01166-CV

____________

 

B.
STANLEY THOMPSON, CLCT, INC., d/b/a CLEAR LAKE CITY TEXACO, FIRST COLONY
CHEVRON, LTD. d/b/a FIRST COLONY CHEVRON, and CINCO CHEVRON, INC., d/b/a CINCO
CHEVRON, Appellants

 

V.

 

CNR
ENTERPRISES, INC., d/b/a D & S OF HOUSTON and HOUSTON D
& S, L.L.C., Appellees

 



 

On Appeal from the Harris County Civil Court at Law No. 4

Harris
County, Texas

Trial Court Cause No. 756,012

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed July 19, 2002.

On May 9, 2003, the parties filed a joint motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 22, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.